# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **Jeffrey Hanford, on behalf of himself and others similarly situated,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 4:17-CV-2005-SNLJ |
| ) | |
| **FRANKLIN COLLECTION SERVICE, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

In accordance with the Memorandum and Order entered today, this matter is hereby DISMISSED in its entirety.

So ordered this __9th__ day of May 2018.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE

1